# EXHIBIT C

# INVESTIGATIVE REPORT

**Subject:** **Richard Davis, President**
**TWU Local 100**

**Investigator:** **Christina Gornail, Esq.,**
**Phillips , Richard & Rind, P.A.**

**Date:** **January 19, 2025**

## Summary of Investigation

Serious allegations were brought forth to the Transport Workers Union of America (the "TWU") by a female employee and member of Transport Workers Union Local 100 ("TWU Local 100") regarding alleged inappropriate sexual behavior, unwelcome sexual comments, abuse of power, and threats by TWU Local 100 President Richard Davis. Due to the serious nature of the allegations, threats of retaliation and her raised concern for her safety, she will be referred to as "Jane Doe" or "Ms. Doe" in this report.

During the investigation, the investigator reviewed the TWU Constitution, TWU Local 100 Employee Handbook and the employee's statement. TWU member and staff member Cassandra Gilbert, who the employee reported the allegations to, and the employee herself were interviewed for several hours.

This report is based on this investigation.

In the interviews, Ms. Doe was consistent, highly credible, and expressed what appeared to be genuine and immediate fear for her safety, loss of her TWU Local 100 job, and of her bargaining unit job as well.

## Investigative Findings

According to Ms. Doe, she was subjected to several unwanted sexual comments from Mr. Davis, who was her boss and Union leader, beginning in approximately 2022 shortly after she was hired with TWU Local 100. The comments included, but were not limited to, comments regarding women being powerful because they can control a man just by using "their pussy." Ms. Doe alleged that Mr. Davis told her that a woman "can stick her finger in her pussy" and put it in a man's mouth, and he will lick it and do whatever she wants. Ms. Doe stated that she told Mr. Davis he would get in trouble for speaking like that, but he continued to make sexual comments to her.

According to Ms. Doe, Mr. Davis would request several one-on-one meetings with her often before work hours. During those meetings, he would speak about work, but also bring up personal issues and continue to make sexual comments.

Ms. Doe recalled going to Mr. Davis's office one morning for a meeting, and seeing a picture of herself sitting on his desk from the day they met. When she asked why he had a picture of her, he

claimed someone printed it out and put it on his desk. She was surprised, and now believes it was part of Mr. Davis's strategy and "game" to get her to have sexual contact with him.

When asked if she had a sexual relationship with Mr. Davis, Ms. Doe broke down crying and had to stop to compose herself. She then credibly detailed several instances where as a subordinate employee she had sex with Mr. Davis from approximately January 2023-Summer 2023[1]:

- Ms. Doe alleged in January 2023, she, Mr. Davis, and other TWU Local 100 members were in Houston to celebrate the Martin Luther King, Jr. holiday. During this work trip, Mr. Davis initiated sex with her for the first time. He requested that she come to his room to pack for him. When she said no, he then asked her to come and talk to him while he packed. Ms. Doe agreed and went to his hotel room, where Mr. Davis asked her to talk to him about what had happened to her in the past. When she began crying, he kissed her and initiated sex.
- According to Ms. Doe, after they returned to New York she told Mr. Davis that what happened in Texas would stay in Texas, as it was wrong and would not happen again.
- Despite that, Ms. Doe recalled two times Mr. Davis initiated sex with her in her office during working hours at TWU Local 100. Ms. Doe alleged that Mr. Davis entered her office, where she worked alone and which required a key card for entry. Ms. Doe had previously requested that Mr. Davis knock prior to entering her office, and he told her that he goes anywhere he wants. On two different occasions in 2023, Mr. Davis entered Ms. Doe's office and initiated sexual contact. Ms. Doe indicated that she felt pressured and did not want to have sex, but Mr. Davis persuaded her and told her not to worry about it. One occurrence during working hours also involved Mr. Davis receiving oral sex from his subordinate employee in her office.
- Ms. Doe also recalled two additional sexual encounters between them during work trips in 2023, one to Washington, D.C. and one to Puerto Rico.
- According to Ms. Doe, she became Mr. Davis's "sex toy." She reported that he repeatedly pursued her and she feels that she was manipulated by his "game."
- She expressed that she felt if she did not have sex with Mr. Davis and do what he wanted, her TWU Local 100 and bargaining unit jobs would be in jeopardy and she would be terminated. According to Ms. Doe, Mr. Davis played on this fear, reportedly telling her she needed the flexibility of her TWU Local 100 job for her children.

After the sexual relationship stopped in the summer of 2023, Mr. Davis continued to make unwanted sexual comments to Ms. Doe. On at least two occasions, he attempted to detail sexual dreams he had about her, despite Ms. Doe telling him she did not want to hear these comments.

During the time that he was having a sexual relationship with her, Mr. Davis gave Ms. Doe special favors and privileges at work, treating her differently than other employees. He reportedly told her she could do whatever she wanted and did not have to respond to anybody.

---

[1] The employee detailed the sexual occurrences and allegations much more in her interviews than in her written statement, which she explained she kept "clean" because she does not want it to "come out," for the privacy of her children.

According to Ms. Doe, Mr. Davis also threatened her safety several times, indicating that if she said anything about this or betrayed her he would kill her, even mentioning her children.

According to Ms. Doe, Mr. Davis threatened both her TWU Local 100 job, and her transit job. She recalled his threats to send her back to work. She also indicated that he has made comments suggesting that through his friends in management he could affect someone's transit job. She described him as someone who could end her career "with a click."

During the interviews, Ms. Doe repeatedly expressed concerns for her safety, that of her children, and her family. She often broke down with emotion while trying to detail the past events, stopping to cry. She repeatedly expressed that she was ashamed, embarrassed, and "beating herself up" because although she was an advocate, she could not protect herself from Mr. Davis, who she described as a "predator." She indicated that she cannot sleep and is suffering from panic attacks and PTSD thinking about the things that went on with Mr. Davis, and that she could lose both her Union job and her bargaining unit job due to his control over her and his connections.

Despite her fear and embarrassment, Ms. Doe indicated that she was coming forward with this information because she did not want what happened to her with Mr. Davis to happen to anyone else.

## Conclusion

Based on my review of the evidence and the interviews, I found Ms. Doe to be highly credible regarding the allegations against Mr. Davis, specifically:

- Mr. Davis made harassing, unwelcome sexual comments to a subordinate employee.
- Mr. Davis engaged in an inappropriate sexual relationship with a subordinate employee, including during work hours on TWU Local 100 work property.
- Mr. Davis made inappropriate threats, explicit and or/implicit, to Ms. Doe regarding her life and safety, her TWU Local 100 position, and her transit position.
- Mr. Davis acted inappropriately with a subordinate employee.
- Mr. Davis abused his power.
- Mr. Davis put TWU Local 100 and the TWU at legal, financial, and operational risk.

In my opinion, there is a sufficient basis and cause to move forward regarding these allegations and to take timely action given the serious nature of these claims.