# EXHIBIT D

Transport Workers Union of America

1220 19th Street NW Suite 600

Washington, DC 20036

January 21, 2025

Richard Davis
President, Transport Workers Union Local 100
195 Montague Street
Brooklyn, New York  11201

RE:	Suspension from Office(s) Pending Hearing

Dear Mr. Davis:

    This letter is to inform you that, pursuant to TWU Constitution Article V, sections 5 and 6, I hereby suspend you forthwith from the office of President of Transport Workers Union Local 100 and from your position as Vice President with the TWU International.

    Enclosed herewith is a Report of an investigation into your misconduct that forms the basis of the reason for your suspension and after a trial, removal from office - if the charges are upheld. Based on the report, I have determined that you have conducted yourself in an appalling manner that is detrimental to the best interests of the Union. There is probable cause, as set forth in the attached Report, to Charge you with violating Article XIX, section 5(a), (f), and (n).

    You are being charged with pressuring a woman employed by Local 100 into having sexual relations with you. This conduct allegedly occurred on multiple occasions. Some time after the sexual relationship ended, you took adverse employment action against this person, allegedly in connection with the cessation of the sexual relationship.

    The International Administrative Committee will appoint a subcommittee of members of the International Executive Council to hear and determine the matter. You will be notified of the time, date and place of the hearing on the charges, which will be held within twenty (20) days of the date of this letter, once the composition of the subcommittee is determined, which is anticipated to be within the next 72 hours. You are permitted to designate a member in good standing of the Union to represent you at the hearing. A reasonable request for an adjournment of the hearing will be honored to accommodate the ability of you and your representative to attend the hearing, recognizing that the suspension period will continue during any such adjourned period.

Your suspension from the above office(s) precludes you from taking any act that would be consistent with being President of TWU Local 100 or an International representative. You may not enter the Union Hall or any of its offices (including those not located at 195 Montague Street). You may not attend any meetings on behalf TWU Local 100 or the International. Your Union supplied electronic equipment (cell phone, laptop, iPad, etc.) will be disabled during your period of suspension.

Richard Davis
Page 2

Should you have any procedural questions about the above matters, you may contact International Counsel, Mark Richard at (305) 412-8322.

Sincerely,

John Samuelsen
International President
Transport Workers Union of America