# EXHIBIT O

Dear President Chiarello:

We write out of concern that former President Richard Davis has been given a no show job, and that payments to him are a waste of union resources. We would like to review all of the work product that Mr. Davis has generated during his period of employment by the union, particularly all documents showing the scope of Mr. Davis's employment the nature of any tasks or functions that he has performed to date when Mr. Davis ended his medical leave which started January 21, 2025. Any time off or leave taken by Mr. Davis, any evaluation of the quality of the work performed any deadlines for future tasks, and the nature of such tasks the portion of the time spent on representative duties any expenses that he has been paid.

We trust that we will hear from you within the next seven (7) days advising when and where we may review this documentation.

Halie DaBreo

Zachery Arcidiacono

JP Patafio

Cc: Recording Secretary, Shirley Martin