UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN PAUL PATAFIO, et al.,                          25 Civ. 06528 (LKE)

                Plaintiffs,

                                                            **NOTICE OF APPEARANCE**

        v.

LOCAL 100, TRANSPORT WORKERS UNION,

                Defendant.

-----------------------------------------------------------------X

        ARTHUR Z. SCHWARTZ, of the law firm Advocates for Justice, Chartered Attorneys, appears on behalf of the Defendant in this action.

Dated: New York, New York
          December 18, 2025

                                                      ADVOCATES FOR JUSTICE,
                                                      CHARTERED ATTORNEYS
                                                      Attorneys for Defendant

                                                      By: *Arthur Z. Schwartz*
                                                          Arthur Z. Schwartz
                                                     225 Broadway, Suite 1902
                                                   New York, New York 10007
                                                   (212) 285-1400
                                                   aschwartz@afjlaw.com

TO:    Counsel for Plaintiffs (by ECF)