# EXHIBIT N

December 17th, 2025

Dear Recording Secretary Shirley Martin,

We write as we understand that Local 100 has reached a settlement of an actual or threatened lawsuit by "Jane Doe", the person whose accusation of sexual misconduct by former President Richard Davis led to his suspension from the Presidency of Local 100. We believe that "Jane Doe" may be ▇▇▇▇▇▇▇▇. We wish to review

- any statement or correspondence, whether in hard copy or in electronic form, from "Jane Doe" or any attorney or agent on her behalf, concerning the alleged sexual misconduct by former President Davis
- any correspondence or statement, whether in hard copy or in electronic form, from former President Davis concerning the allegations by "Jane Doe" of sexual misconduct by former President Davis
- any response by or from Local 100 to any statement or correspondence from "Jane Doe" concerning any claim of sexual misconduct by former President Davis
- any claim or lawsuit filed by "Jane Doe" containing any allegation of sexual misconduct by former President Davis
- any agreement or contract between Local 100 and "Jane Doe" concerning any allegation of sexual misconduct by former President Davis
- any legal analysis prepared for Local 100 or former President Davis concerning any claim made by "Jane Doe" concerning any allegation of sexual misconduct by former President Davis
- the minutes of any Executive Board or Executive Committee meeting at which any agreement to make any payment to "Jane Doe" pertaining to any claim of sexual misconduct by former President Davis was considered

**We trust that we will hear from you within the next seven (7) days** advising when and where we may review this documentation.

Haile Dabreo _/s/ Dabreo_

Zachary Arciditcono _/s/ Z. Arciditcono_

John Paul Patafio _/s/ JP Patafio_

cc: John Chairelio, President