# EXHIBIT K

## TWU Local 100 Miscellaneous Expense Voucher

Date submitted: 12-3-25  Contact Number: (347) 739-4376  Department: TAS

Name: JP Patafio  Signature: [signed]  Title: VP
(Please Print)

| Date | Type of Expense | Union Purpose | Affiliaton (list names of persons associated with expense, please use other side if necessary) | Amount |
|---|---|---|---|---|
| 12/3/24 | Meal | Trans Division | JP, Rosario, Kemp | 88.00 |
| 12/5/24 | Meal | Safety, Disciplines | JP, Kemp | 88.00 |
| 12/17/24 | Meal | Trans/Maint Div Meeting | JP, Ancona, Rosario, Jackson, Cruz, Tonya, Kemp | 200.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Grand Total** 376.00

Department Supervisor: JP Patafio [signed]  Date: 1/3/24
Signature

Approved: _____  Date: _____
President or Secretary-Treasurer

Received: _____  Date: _____
Signature

**(Staple all original receipts to the back of this form)**
You have up to 30 days from the time of the expense to submit it for reimbursment.
Please note that any expenses past 30 days will not be reimbursed.

RD/ews
opeiu-153 afl-cio  Rev. 11/9/2022

# TWU Local 100 Auto Expense Voucher

**Date submitted:** 8/30/24  **Contact Number:** 347-739-4376  **Department:** TAS

**Name:** JP Patafio  **Signature:** *(signed)*  **Title:** VP
(Please Print)

| Date | Union Purpose | Affiliaton (list names of persons associated with expense, please use other side if necessary) | Gas (Union vehicles only) | Tolls | Parking | Maint. Items |
|---|---|---|---|---|---|---|
| 8/19 | Car Wash | JP Patafio | | | | 25.50 |
| 8/28 | NY AFL Conven | JP Patafio | | | 30 | |
| 8/14 | Oil Change | JP Patafio | | | | 101 |
| 8/17 | Two Tires | JP Patafio | | | | 551.06 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | **Totals** | | | 30.00 | 677.56 |

**Grand Total** 707.56

**Department Supervisor:** *(signed)*  **Date:** 8/30/24
Signature

**Approved:** _____  **Date:** _____
President or Secretary-Treasurer

**Received:** _____  **Date:** _____
Signature

**(Staple all original receipts to the back of this form)**

You have up to 30 days from the time of the expense to submit it for reimbursment.

Please note that any expenses past 30 days will not be reimbursed.

RD/ews
opeiu-153 afl-cio

Rev. 11/9/2022