Form 27 - AFFIDAVIT OF SERVICE

P25973507

**DAVID TYKULSKER & ASSOCIATES**
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN PAUL PATAFLO, ET AL | Index No. **1:25-CV-06528-LKE** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| LOCAL 100, TRANSPORT WORKERS UNION | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**ZANEKEE POW** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **26TH** day of **JANUARY, 2026 2:06PM** at
**195 MONTAGUE STREET**
**BROOKLYN NY 11201**
I served a true copy of the **ATTORNEY'S VERIFICATION, EXHIBIT(S), SUMMONS AND VERIFIED COMPLAINT** upon **LOCAL 100, TRANSPORT WORKERS UNION** the **DEFENDANT** therein named by delivering to, and leaving personally with **Carol Hamilton, MANAGING CLERK**, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
GENDER: **FEMALE** PERCEIVED RACE: **BLACK** HAIR: **GREY**
APP.AGE: **40**   APP. HT: **5ft4in**   APP. WT: **155**
OTHER IDENTIFYING FEATURES

**COMMENTS:** SERVER GPS DATA: COMPLETION - 1/26/2026 - 2:06 PM - 40.694080555556, -73.991463888889

I affirm this 27TH day of January 2026
under penalties of perjury under the laws
of New York, which may include fine or
imprisonment, that the foregoing is true,
and I understand that this document may be
filed in an action or proceeding in a
court of law.

_____
ZANEKEE POW DCA LIC #2025377
Lexitas - DCWP #2098109
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 1-DTA-NJ-25973507