UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN PAUL PATAFIO, ZACHARY ARCIDIACONO and HAILE DABREO, <br><br> Plaintiffs, <br><br> v. <br><br> LOCAL 100, TRANSPORT WORKERS UNION, <br><br> Defendant. | Civil Action No. 1:25-cv-06528-LKE <br><br> **REQUEST FOR CERTIFICATE OF DEFAULT** |

TO:   BRENNA B. MAHONEY
      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant Local 100, Transport Workers Union, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of David Tykulsker, Esq.

Dated:                                                By:   /s/David Tykulsker
                                                         David Tykulsker, Esq.
                                                         161 Walnut Street
                                                         Montclair, NJ 07042
                                                         (973) 509-9292
                                                         david@dtesq.com