David Tykulsker, Esq.
DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, NJ 07042
(973) 509-9292
(973) 509-1181 (fax)
email: david@dtesq.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JOHN PAUL PATAFIO, ZACHARY ARCIDIACONO and HAILE DABREO, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br> LOCAL 100, TRANSPORT WORKERS UNION, <br><br>　　　　Defendant. | Civil Action No. 1:25-cv-06528-LKE <br><br> **DECLARATION OF** <br> **DAVID TYKULSKER, ESQ.** |

I, David Tykulsker, Esq., of full age, declare and certify that:

1. I am the attorney for Plaintiffs in the above- captioned matter.  I make this Declaration in support of Plaintiffs' request that the Court enter Defendant's default in this matter.

2. I ask that the Court take notice that Defendant appeared by counsel Arthur Z. Schwartz, Esq., on December 18, 2025 (Dkt #7).

3. On that same day, my Legal Assistant Norma Edrington emailed to Mr. Schwartz a Waiver of Summons, a true copy of which is attached as Exhibit A.

4. Not having heard back from Mr. Schwartz, on January 26, Plaintiffs served the Amended Complaint together with Summons. (Dk #11).

5. Thus, Defendant's Answer to the Summons was due no later than February 16.

6. As of this date, Defendant has not Answered or otherwise moved, and hence is in default.

7. I respectfully request that the Clerk enter the Default of Defendant.

Pursuant to 28 U.S.C. § 1746, I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2026

      /s/David Tykulsker
DAVID TYKULSKER