# EXHIBIT A

| | |
|---|---|
| **From:** | Norma Edrington |
| **To:** | aschwartz@afjlaw.com |
| **Cc:** | David Tykulsker |
| **Subject:** | Patafio, et als. v. Local 100, TWU |
| **Date:** | Thursday, December 18, 2025 6:46:00 PM |
| **Attachments:** | Notice of a Lawsuit and Request to Waive Service of a Summons.pdf |
| | #5 - 11-25-25 - Endorsed Summons in a Civil Action.pdf |

Good evening Mr. Schwartz,

I see that you have entered an appearance on behalf of the defendant in this case. I have attached a Notice of Lawsuit and Waiver of Service of a Summons. If you are willing to waive service would you sign and return the form. I will then forward a copy of the Complaint with Exhibits.

Thank you.

*Norma Edrington, Legal Assistant*
*David Tykulsker & Associates*
*161 Walnut Street*
*Montclair, NJ  07042*
*(973) 509-9292 Ext. 20*
*(973) 509-1181 (Fax)*
*norma@dtesq.com*