UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN PAUL PATAFIO, ZACHARY ARCIDIACONO and HAILE DABREO, <br><br> Plaintiffs, <br><br> v. <br><br> LOCAL 100, TRANSPORT WORKERS UNION, <br><br> Defendant. | Civil Action No. 1:25-cv-06528-LKE <br><br><br> **CERTIFICATE OF DEFAULT** |

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant, Local 100, Transport Workers Union has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Local 100, Transport Workers Union, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

BRENNA B. MAHONEY, Clerk of the Court

Dated: New York, New York

_____, 2026     By: _____
                                                                Deputy Clerk