David Tykulsker, Esq.
DAVID TYKULSKER & ASSOCIATES
161 Walnut Street
Montclair, NJ 07042
(973) 509-9292
(973) 509-1181 (fax)
email: david@dtesq.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JOHN PAUL PATAFIO, ZACHARY ARCIDIACONO and HAILE DABREO, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:25-cv-06528-LKE |
| LOCAL 100, TRANSPORT WORKERS UNION, | ) ) ) | |
| Defendant. | ) ) ) | |

---

**CERTIFICATION OF SERVICE**

---

I Norma Edrington, hereby certify and say:

1.      I am employed at the law firm of David Tykulsker & Associates, counsel for

plaintiff, in the above captioned matter.

2.      On March 5, 2026,  this office electronically filed with the United States District

Court for the Eastern District of New York Plaintiff's' Request for Default with supporting

documents.

3.      Defendant is being served copies of the above papers by delivering to its last

known business address by first-class mail and certified mail return receipt requested.

Pursuant to 28 US.C. § 1746(2), I certify under penalty of perjury that the foregoing is true

and correct.


Dated: March 5, 2026                                    *Norma Edrington*
                                                        NORMA EDRINGTON