

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

March 12, 2026

Hon. Lara A Eshkenazi
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re Patafio et al v. Local 100, Transport Workers Union
    1:25-cv-06528-LKE

Dear Judge Eshkenazi:

The Court has set an in-person Initial Conference for March 24, 2026 at 11:15AM. I represent Transport Workers Union Local 101 (not the defendant) in contract negotiations with a 100 employee unit called HomeServe. The contract expires on March 26, and we have negotiations set for all day on the 24th. I could do an in-person conference at 9:30AM on the 24th, but it might make more sense to push the conference to the afternoon of March 27, or Monday March 30. I will be away for Passover from March 31 until April 6. I am available April 7 & 8.

If the Court could give us some possible dates I will work with Plaintiff's counsel to pick one.

Respectfully submitted,

Arthur Z. Schwartz