

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

April 28, 2026


BY ECF
Hon. Lara A Eshkenazi
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re Patafio et al v. Local 100, Transport Workers Union
    1:25-cv-06528-LKE

Dear Judge Eshkenazi:

Attached is the Rule 26 Disclosure served on Plaintiff's Counsel this date

Respectfully submitted,


Arthur Z. Schwartz