**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------- X

JOHN PAUL PATAFIO, et al.,

                                                Plaintiffs,                       25 Civ. 06528 (LKE)

        v.

LOCAL 100, TRANSPORT WORKERS UNION,

                                                Defendant.

------------------------------------------------------------------------- X

## RULE 26 INITITIAL DISCLOSURES

Defendnat, by its attorneys, as and for her disclosure pursuant to FRCP 26, submits as follows:

1.     The name and known address and phone number of witnesses, other than plaintiffs, and individuals listed by defendants, likely to have discoverable information that the disclosing party may use to support their claims:

> Richard Davis 706 Beverley Road Brooklyn, NY 11218, phone unknown
>
> John Paul  Patafio 55 Deer Path Princeton, NJ 08540. (347) 739-4376
>
> Dennis Engel c/o Colleran. O'hara & Mills L.L.P. 100 Crossways Park Drive West, Suite 200 Woodbury, New York 11797 (516) 248-5757
>
> John Chiarello, 195 Montague Street, Brooklyn, NY 11201 212-873-6000

2.     Documents in the possession of defendant:

    A)     Settlement agreement and release with Richard Davis-confidential

B)      Settlement Agreement and Release With Davis sex assault accuser-

confidential.

C)      Ex. A - Local 100 Bylaws.pdf

D)      Ex. B - 2021-TWU-Constitution

E)      Ex. C -Statement from TWU Local 100

F)      Ex. D -CBS Local News Report

G)      Ex. E. AM NY Article.

H)      Ex. F - DAILY News Article.

I)      Ex. G -Black Enterprise article

3.    Damages:  Not applicable

4.    Insurance:  Not applicable.

Plaintiff reserves the right to update this disclosure as necessary.

Dated: New York, New York
       April 28, 2019

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
*Attorneys for Defendant*


By:_____
    Arthur Z. Schwartz (AS-2683)
    Edward Pichardo
    225 Broadway, Suite 1902
    New York, New York 10007
    (212) 285-1400



TO:   David Tykulsker, Esq., Attorney for Plaintiffs
      161 Walnut Street
      Montclair, NJ 07042
      By ECF

2