UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JOHN PAUL PATAFIO, ZACHARY
ARCIDIACONO and HAILE DABREO,

                    Plaintiffs,              Case No.: 1:25-cv-06528

          v.                                 **APPEARANCE OF COUNSEL**

LOCAL 100, TRANSPORT WORKERS
UNION,

                    Defendant.

-----------------------------------------------------------X

**PLEASE TAKE NOTICE,** that Bhavleen Sabharwal of the Law Office of Bhavleen

Sabharwal, hereby appears as attorney for Richard Davis in the above-captioned action, and

requests that all papers be served upon her and all communications herein be directed to her.

DATED: June 25, 2026
          New York, New York

                              By: *Bhavleen Sabharwal*
                              Bhavleen Sabharwal
                              Law Office of Bhavleen Sabharwal
                              261 Madison Avenue, Suite 1063
                              New York, NY 10016
                              (917) 597-5984
                              Bsabharwal@bsablaw.com
                              Attorney for Richard Davis

To:

David Tykulsker, Esq.
David Tykulsker & Associates
161 Walnut Street
Montclair, NJ 07042
(973) 509-9292
david@dtesq.com
Attorney for Plaintiffs