**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

JOHN PAUL PATAFIO, et al.,                              25 Civ. 06528 (LKE)

                                    **Plaintiffs,**

                                                          **STIPULATIONS RE**
                 v.                                       **DISCOVERY REQUESTS**

**LOCAL 100, TRANSPORT WORKERS UNION,**

                                    **Defendant.**

-------------------------------------------------------------X


**WHEREAS**, Defendant Local 100 stipulates that there is sufficient evidence such that Plaintiffs have "just cause" as required by Section 201( c) of the Labor Management Relations Act, 29 U.S.C. § 431 ( c), " to examine any books, records, and accounts necessary to verify" payments of salary reported on Local's 2025 LM-2 Report to Richard Davis and payments made to "Jane Doe " reflected in Schedule 12, Line 121, Column (D); and

**WHEREAS**, Defendant Local 100 has represented that the only "books, records and accounts necessary" to verify the payments to Richard Davis and Jane Doe are a Severance Agreement with Richard Davis, and a Settlement Agreement with "Jane Doe", which representations Plaintiffs have accepted as true and accurate, and

**WHEREAS,** Defendant Local 100 has asserted that the Davis Severance Agreement and the "Doe" Settlement Agreement are confidential documents in accordance with Labor Department regulations, and

**WHEREAS**, the proper scope of discovery in this matter is focused on whether the Court should maintain that confidentiality,

**Plaintiffs and Defendant do hereby stipulate and agree as follows:**

1. Plaintiffs hereby withdraw as moot all their previously served discovery.

2. The parties shall serve any written discovery requests by August 31, 2026, which shall be limited to facts and issues pertaining to whether the Court should maintain the confidentiality of the Davis Severance Agreement and the "Doe" Settlement Agreement.

Dated:

_David Tykulsker_
_____
David Tykulsker, Esq.
Attorney for Plaintiffs


Dated: July 28, 2026

_Arthur Schwartz_
_____
Arthur Z. Schwartz, Esq.
Attorney for Defendant